# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CARMEN MATTOLA, Individually | : | CIVIL ACTION |
| and as Administratrix of the Estate | : | |
| of Maria L. Mercado, Deceased, | : | |
| Plaintiff | : | |
| | : | |
| 5. | : | NO. 09-0506 |
| | : | |
| THE READING HOSPITAL AND | : | |
| MEDICAL CENTER, et al. | : | |
| Defendant | : | |

## O R D E R

**AND NOW,** this 1st day of March, 2010, upon consideration of the defendant's motion to dismiss for lack of jurisdiction (Document #5), and the plaintiff's response thereto (Document #8), it is hereby ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that this case is DISMISSED without prejudice to allow the plaintiff to bring her claims in the Court of Common Pleas of Berks County pursuant to 42 Pa.C.S. § 5103.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.